

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

SEP 1 3 2022

BONNIE HACKLER
Clerk, U.S. District Court

By _____
Deputy Clerk

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

    Case No. **CR 22-129-RAW**

ALEJANDRO MARIN-GUTIERREZ,

    *Defendant.*

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### ILLEGAL REENTRY OF PREVIOUSLY REMOVED ALIEN
### [8 U.S.C. §§ 1326(a) & 1326(b)(1)]

On or about June 2, 2022, in the Eastern District of Oklahoma, the defendant, **ALEJANDRO MARIN-GUTIERREZ,** an alien who had been convicted of a felony offense on or about August 2, 2019, was found in the United States after having been removed therefrom on or about February 4, 2020, at or near Hidalgo, Texas, without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*Benjamin D. Traster*
BENJAMIN D. TRASTER, DC BAR # 991030
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

1