OKED 442 (Rev. 09/15)

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF OKLAHOMA

RECEIVED

SEP 1 4 2022

U.S. Marshals
Eastern Oklahoma

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  CR-22-129-RAW |
| ALEJANDRO MARIN-GUTIERREZ | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
ALEJANDRO MARIN-GUTIERREZ

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Ct. 1: Illegal Reentry of Previously Removed Alien

DATE:  09/13/2022
Muskogee, Oklahoma

*WARRANT ISSUED:*
BONNIE HACKLER, Clerk

By: *Kat Hayes*
_____
*Deputy Clerk*

| **Return** |
|---|
| This warrant was received on *(date)* 9/14/2022 , and the person was arrested on *(date)* 8/11/2023 at *(city and state)* Muskogee, OK . |
| Date: 8/11/2023     Arresting officer's signature |
| TRAVIS WOMIER, DUSM     *Printed name and title* |

FILED

AUG 1 4 2023

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

