IN THE DISTRICT COURT OF THE UNITED STATES
OKLAHOMA EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   CR22-129-RAW |
| vs. | ) | |
| | ) | |
| ALEJANDRO MARIN-GUTIERREZ, | ) | |
| | ) | Hon. Ron White |
| Defendant. | ) | |

## NOTICE OF INTENT TO PLEA GUILTY

PLEASE TAKE NOTICE that the Defendant so listed above, Alejandro Marin-Gutierrez, apprises the Court, *via* his counsel, of his intent and desire to enter a plea of "guilty" in this matter. The Defendant is currently set for pre-trial on September 14, 2023 at 9:00 a.m. before this Court; pre-trial motions are currently due on September 7, 2023 [Doc. No. 25]. The Defendant, *via* his counsel, requests that the Court strike the jury trial and pre-trial setting(s) for him and enter an Order setting this matter for plea. The Defendant desires to enter a plea to Count One (1) of the Indictment [Doc. Nos. 6 & 7] as filed on September 13, 2022. That there is no plea agreement and this is an "open" plea. Counsel is available on the following dates: Thursday, September 7, 2023 beginning at 1:00 p.m. and thereafter; Friday, September 8, 2023 at 1:00 p.m. and thereafter.

DATED this 5th day of September, 2023.

Wesley J. Cherry, OBA #22851
FOUNDATION LAW, P.L.L.C.
P.O. Box 758
McAlester, OK  74502
(918) 839-6353 Telephone
(888) 622-3181 Facsimile
Wes.FoundationLaw@gmail.com
www.FoundationLawFirm.com
*Attorney for Defendant*

I, the Defendant so named above, have been advised effectively by my attorney of record Wesley J. Cherry.  I wish to enter a plea of guilty in this matter and execute this knowingly and voluntarily.  I understand that sentencing is solely in the Court's purview and that the Court follows the United States Sentencing Guidelines.

_____
Alejandro Marin-Gutierrez, *Defendant*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 5th day of September, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notifications to the following:

U.S. Attorney (OKED)
520 Denison Ave.
Muskogee, OK  74401
(918) 684-5100 Tel.
(918) 684-5150 Fax
*Attorney for U.S.A.*

I CERTIFY that on this 5th day of September, 2023, I sent the foregoing to the following individuals without the use of the CM/ECF system, via U.S. Mail, all postage pre-paid:

NONE.

_____
*Attorney for Defendant*