# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: | CR-22-129-RAW |
| Plaintiff, | ) | | |
| v. | ) | Date: | 09/11/2023 |
| ALEJANDRO MARIN-GUTIERREZ, | ) | Time: | 10:29 a.m. – 11:04 a.m. |
| Defendant. | ) | | |

## MINUTE SHEET
## CHANGE OF PLEA HEARING

U.S. Magistrate Judge Gerald L. Jackson     P. Bruce, Deputy Clerk     FTR Courtroom: 4 - Room 420

Counsel for Plaintiff:     Benjamin Traster, AUSA
Counsel for Defendant:    Wesley J. Cherry, Appointed

Defendant appears in person: ☒ with Counsel;  ☐ Counsel waived;  ☐ w/o Counsel;
☐ Defendant advised of right to appear in person   ☐ Defendant consents to proceed via video conference
Defendant:  ☒ Sworn
☒ Interpreter: Linda Reyes          ☒ Sworn

☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed
☒ Defendant advised of charges and possible penalties
☐ Guideline estimates discussed
☐ Petition to Enter Plea of Guilty and Order Entering Plea

☒ Defendant entered guilty plea to Count 1 of the Indictment
☐ Plea Agreement:  ☐ terms orally disclosed     ☐ written plea agreement filed   ☒ no written plea agreement
  ☐ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
  ☐ Remaining Count(s) to be dismissed at sentencing: Count(s) _____

Defendant waived:  ☐ Indictment;  ☒ Jury Trial;  ☐ Speedy Trial;  ☐ 30 Days Preparation;
☐ Separate Representation;  ☒ Waiver(s) accepted by Court

☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ Defendant related facts of charge;    ☒ Government agreed Defendant's statements meet elements of offense

☒ Court findings:     ☒ Defendant found mentally competent to understand charges and proceedings
                      ☒ Factual basis for Defendant's plea;
                      ☒ Defendant is guilty as charged as to Count 1 of the Indictment

☒ PSI Ordered
☒ Government requested U.S. Magistrate issue Report and Recommendation to District Court with regard to finding of guilt. DENIED (GLJ)
☒ Defendant remanded to custody of USMS.